No. 90–1613. LAKEVIEW DEVELOPMENT CORP. v. CITY OF SOUTH LAKE TAHOE ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1619. PINEHURST AREA REALTY, INC. v. VILLAGE OF PINEHURST. Ct. App. N. C. Certiorari denied.

No. 90–1683. HARTNESS ET AL. v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–1694. LINGERFELT v. COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY. C. A. 6th Cir. Certiorari denied.

No. 90–1699. CHI-SEN LI v. RUIZ, JUDGE, MUNICIPAL COURT OF EAST LOS ANGELES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1700. WRENN v. OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1701. BIRD, TRUSTEE OF THE FRANK L. BIRD PROFIT SHARING TRUST, ET AL. v. SHEARSON LEHMAN/AMERICAN EXPRESS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1705. MIRZOEFF v. NAMDAR. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 90–1708. MUSSLEWHITE v. STATE BAR OF TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 90–1714. REGIONAL AIRLINE PILOT ASSN. ET AL. v. WINGS WEST AIRLINES, INC., DBA AMERICAN EAGLE. C. A. 9th Cir. Certiorari denied.

No. 90–1717. TAYLOR v. CARR, UNITED STATES MAGISTRATE FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 90–1719. MATTIA v. EMPIRE BLUE CROSS & BLUE SHIELD ET AL. C. A. 2d Cir. Certiorari denied.